Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar # # 80778)
Avantika Shastri (California Bar #233453)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorney for Petitioner
Mohammed SHAMIM

E-filing

ORIGINAL FILED
AUG 2 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SI

| | |
|---|---|
| Mohammed SHAMIM<br><br>Petitioner,<br><br>v.<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; Alberto GONZALES, in his Official Capacity, Attorney General, Department of Justice; Julie MYERS, in her official capacity, Assistant Secretary, Immigration and Customs Enforcement, Department of Homeland Security; Nancy ALCANTAR, in her official Capacity, Field Office Director, San Francisco, California, U.S. Bureau of Immigration and Customs Enforcement; and Earl BARNES, in his Official Capacity, Facility Manager, Lerdo Pre-Trial Facility.<br><br>Respondents. | Case No. C 07-4308<br><br>AUTHENTICATION DECLARATION OF ZACHARY NIGHTINGALE IN PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF<br><br>*IMMIGRATION CASE*<br><br>DHS No. A 37-046-017 |

Auth. Dec. of Zachary Nightingale                                        Case No. _____

I, Zachary Nightingale, hereby do declare the following:

1. I am a partner at the law firm of Van Der Hout, Brigagliano and Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104. Van Der Hout, Brigagliano & Nightingale, LLP represents Petitioner Mohammed Shamim in his immigration matters. I make this declaration in support of Petitioner's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief.

2. On October 19, 2006, the Immigration Judge ordered Petitioner removed pursuant to 8 U.S.C. § 1227(a)(2)(A)(ii) for committing two crimes of moral turpitude. At his hearing, Petitioner chose to represent himself, conceded removal, waived relief even though the Immigration Judge informed him that he was eligible for a waiver of removal under 8 U.S.C. § 1229b(a) (cancellation of removal for lawful permanent residents), and waived appeal. A copy of the Immigration Judge's order is attached as Exhibit A.

3. The Department of Homeland Security ("DHS") scheduled a custody review for Petitioner on January 16, 2007. It was cancelled by DHS. A copy of the notice canceling Respondent's custody review is attached as Exhibit B.

4. The DHS subsequently scheduled a second custody review for Petitioner that was held on or about April 20, 2007. The DHS denied Petitioner release from custody after that review. A copy of the DHS's decision to deny Petitioner release from custody is attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day August, 2007 in San Francisco, California.

Zachary Nightingale
Declarant

# EXHIBIT A

```
                    IMMIGRATION COURT
                    120 MONTGOMERY ST., SUITE 800
                    SAN FRANCISCO, CA  94104
In the Matter of                    Case No.: A37-046-017
SHAMIM, MOHAMMED
   Respondent                       IN REMOVAL PROCEEDINGS
                    ORDER OF THE IMMIGRATION JUDGE
```

This is a summary of the oral decision entered on .
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[X]  The respondent was ordered removed from the United States to _Fiji_
     or in the alternative to
[ ]  Respondent's application for voluntary departure was denied and
     respondent was ordered removed to
     or in the alternative to
[ ]  Respondent's application for voluntary departure was granted until
         upon posting a bond in the amount of $ _____
     with an alternate order of removal to

Respondent's application for:
[ ]  Asylum was ( ) granted ( ) denied ( ) withdrawn
[ ]  Withholding of removal was ( ) granted ( ) denied ( ) withdrawn
[ ]  A Waiver under Section ____ was ( ) granted ( ) denied ( ) withdrawn
[ ]  Cancellation under Section 240A(a) was ( ) granted ( ) denied ( ) withdrawn

Respondent's application for:
[ ]  Cancellation under Section 240A(b)(1) was ( ) granted ( ) denied
     ( ) withdrawn. If granted it is ordered that the respondent be issued
     all appropriated documents necessary to give effect to this order.
[ ]  Cancellation under Section 240A(b)(2) was ( ) granted ( ) denied
     ( ) withdrawn. If granted it is ordered that the respondent be issued
     all appropriated documents necessary to give effect to this order.
[ ]  Adjustment of Status under Section ____ was ( ) granted ( ) denied
     ( ) withdrawn. If granted it is ordered that the respondent be issued
     all appropriated documents necessary to give effect to this order.
[ ]  Respondent's application of ( ) witholding of removal ( ) deferral of
     removal under Article III of the Convention Against Torture was
     ( ) granted ( ) denied ( ) withdrawn.
[ ]  Respondent's status was rescinded under section 246.
[ ]  Respondent is admitted to the United States as a _____ until _____.
[ ]  As a condition of admission, respondent is to post a $ _____ bond.
[ ]  Respondent knowingly filed a frivolous asylum application after proper
     notice.
[ ]  Respondent was advised of the limitation on discretionary relief for
     failure to appear as ordered in the Immigration Judge's oral decision.
[ ]  Proceedings were terminated.
[ ]  Other: _____

Date: 10/19/06

                                   _____
                                   MICHAEL J. YAMAGUCHI
                                   Immigration Judge

Appeal: (Waived)/Reserved    Appeal Due By:

NHC

ALIEN NUMBER: 37-046-017                                    ALIEN NAME: SHAMIM, MOHAMMED

```
                              CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [X] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [X] INS
DATE: 10/19/00         BY: COURT STAFF _____
   Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
```

Q6

# EXHIBIT B

Office of Detention and Removal Operations
Field Office Name
U.S. Department of Homeland Security
Field Office Address
City, State Zip



U.S. Immigration
and Customs
Enforcement

Mohammad SHAMIM                                        A#37 046 017
C/O Lerdo Facility, Bakersfield, CA

## Notice Pursuant to 8 CFR 241.4(g)(4)

This letter is to inform you that, pursuant to 8 CFR 241.4(g)(4), U.S. Immigration and Customs Enforcement (ICE) will not conduct a custody review at this time. The Embassy of Fiji has approved issuance of a travel document to effect your removal. Your travel document is enroute to ICE. You will remain in custody pending your removal.

You are advised that any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

_____            1/16/07
Signature of Field Office Director                Date

# EXHIBIT C

Office of Detention and Removal Operations
San Francisco Field Office

U.S. Department of Homeland Security
630 Sansome Street, 6th Floor
San Francisco, CA 94111



U.S. Immigration
and Customs
Enforcement

Mohammed SHAMIM                                       A37 046 017
C/O Lerdo Facility, Bakersfield, CA

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

1) The Embassy of Fiji has issued a travel document for your return to Fiji. Your removal has been delayed solely through your filing of a Petition for Review with the US Court of Appeals for the Ninth Circuit, and the resulting automatic stay of removal;

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to effect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

Therefore, pursuant to the authority contained in Section 236 and 241 of the Immigration and Nationality Act, and parts 236 and 241 of the Code of Federal Regulations, I have determined that you shall continue to be detained in the custody of this Agency pending further review.

Your custody case will remain with this unit. This unit will conduct further review in one year or when the Ninth Circuit Court of Appeals has made a decision in your case. You will be notified of this at the earliest possible convenience. It is in your best interest to maintain proper behavior while awaiting this review. If you have any questions please contact:

Assessment Officer
U.S Department of Homeland Security
Immigration and Customs Enforcement
Attn: Detained Case Unit/6th Floor
630 Sansome Street
San Francisco, CA 94111

_____          4/20/07
Signature and Title of Deciding Official          Date

## PROOF OF SERVICE BY MAIL

I, Zachary Nightingale, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On August 21, 2007, I caused to be served the within:
**AUTHENTICATION DECLARATION OF ZACHARY NIGHTINGALE IN PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

> Tiffany Chiu
> United States Attorney's Office
> 450 Golden Gate Avenue
> 11th Floor
> San Francisco, CA 94102

Executed on August 21, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

_____
Zachary Nightingale
Declarant

Auth. Dec. of Zachary Nightingale                              Case No