1  Zachary Nightingale (California Bar #184501)
   Marc Van Der Hout (California Bar #80788)
2  Avantika Shastri (California Bar #233453)
   Van Der Hout, Brigagliano & Nightingale, LLP
3  180 Sutter Street, Fifth Floor
   San Francisco, California 94104
4  Telephone: (415) 981-3000
   Facsimile: (415) 981-3003
5  Email: ndca@vblaw.com

6  Attorneys for Petitioner
   Mohammed SHAMIM

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| Mohammed SHAMIM,<br><br>    Petitioner,<br><br>    v.<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; Alberto GONZALES, in his Official Capacity, Attorney General, Department of Justice; Julie MYERS, in her official capacity, Assistant Secretary, Immigration and Customs Enforcement, Department of Homeland Security; Nancy ALCANTAR, in her official Capacity, Field Office Director, San Francisco, California, U.S. Bureau of Immigration and Customs Enforcement; and Earl BARNES, in his Official Capacity, Facility Manager, Lerdo Pre-Trial Facility.<br><br>    Respondents. | Case No. 3:07-cv-4308 IS<br><br>**NOTICE OF ENTRY OF APPEARANCE OF AVANTIKA SHASTRI** |

Defendant hereby gives notice of Avantika Shastri's entry of appearance as counsel of record, in addition to Zachary Nightingale and Marc Van Der Hout, in the above-captioned case.

Dated: September 7, 2007                    Respectfully submitted,

                                             _____/s/_____
                                             Avantika Shastri
                                             Zachary Nightingale
                                             Marc Van Der Hout
                                             Attorneys for Petitioner