AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
|  |  | DATE 8/22/2007 |
| Service of the Summons and Complaint was made by me [1] | | |
| Name of SERVER Lorie Jane Enlow | | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail to: Tiffany Chiu, US Attorney's Office, 450 Golden Gate Ave, 11th Floor, San Francisco, CA 94102 on August 21, 2007 First Class mail to: Michael Chertoff, Office of the General Counsel, US DHS, Washington, DC 20258; Alberto Gonzales, US DOJ, 950 Pennsylvania Ave., NW, Washington DC 20530; Julie Myers, Assistant Secretary of Homeland Security, US DHS, Washington, DC 20528; Nancy Alcantar, USDHS 630 Sansome St, room 590, San Francisco, CA 94111; and Earl Barnes, , Lerdo Pretrial Facility, 17695 Industrial Farm Rd, Bakersfield, CA 93308 on August 22, 2007

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/22/2007           *Lorie Jane Enlow*
            Date                  Signature of Server

                                  Van Der Hout, Brigagliano & Nightingale
                                  Address of Server
                                  180 Sutter St. 5th Floor
                                  San Francisco, CA 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure