**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone: (661) 868-3800

**Attorney for Respondent Earl Barnes**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SHAMIM,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Michael CHERTOFF, in his official capacity, Secretary of the Dept. of Homeland Security; Alberto GONZALES, in his official capacity, Attorney General, Department of Justice; Julie MYERS, in her official capacity, Assistant Secretary, Immigration and Customs Enforcement, Department of Homeland Security; Nancy ALCANTAR, in her official capacity, Field Office Director, San Francisco, California, U. S. Bureau of Immigrations and Customs Enforcement; and Earl BARNES, in his official capacity, Facility Manager, Lerdo Pre-trial Facility,<br><br>　　　　　Respondents. | CASE NO. C 07 4308 SI<br><br>**RESPONDENT EARL BARNES' ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

　　　Pursuant to the court's order to show cause dated September 11, 2007 requiring respondents to answer by November 16, 2007 the petition filed by Mr. Shamim, Respondent Earl Barnes submits the following answer in response to the petition.

Respondent Earl Barnes'
Answer to Petition for Writ of
Habeas Corpus and Complaint for
Declaratory and Injunctive Relief　　　　　　1

1. Respondent does not have sufficient information or belief to admit or deny the allegations of the following paragraphs of the petition and, therefore, elects to deny them: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43 and 44.

2. With regard to the allegations of paragraph 15, Respondent admits he is a detentions Lieutenant in the Kern County Sheriff's Department and assists in the management of the Lerdo Pre-trial Detention Facility.

3. Respondent further admits that Petitioner is currently incarcerated at the Lerdo Pre-trial Detention Facility at the direction of the federal government as a federal civil immigration detainee and has been incarcerated at Lerdo since December 27, 2006.

4. Respondent does not have a position as to whether Petitioner's current detention is constitutionally proper since Petitioner does not possess information about Petitioner that would enable Respondent to make such a determination. Respondent notes that Petitioner is not complaining about the conditions of his confinement. His petition is directed only to the fact of his detention which is being carried out at the direction of the federal government.

5. Respondent will take whatever steps he is directed by the federal court to take with regard to Petitioner's detention.

Dated: November 15, 2007              B. C. BARMANN, SR., COUNTY COUNSEL

By   /s/Mark L. Nations
     Mark L. Nations, Attorney for Respondent
     EARL BARNES

#158872.1

Respondent Earl Barnes'
Answer to Petition for Writ of
Habeas Corpus and Complaint for
Declaratory and Injunctive Relief            2