## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, Fourth Floor, Bakersfield, CA 93301.

On the date last written below, I served the attached **RESPONDENT EARL BARNES' ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** on the party(ies) listed below, through their attorneys of record, if any, by facsimile transmission, by personal delivery or by placing true copies/originals thereof in sealed envelope(s) addressed/designated as shown below:

**A.** **BY MAIL** - I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**B.** **BY OVERNIGHT SERVICE** - I caused each such envelope to be delivered by overnight service to the addressee(s) noted below.

**C.** **BY FACSIMILE SERVICE** - I placed such document in a facsimile machine (pursuant to *California Rules of Court*, Rule 2.301(3)) with the fax number of (661) 868-3805. Upon facsimile transmission of the document, I obtained a report from the transmitting facsimile machine stating that the facsimile transmission was complete and without error. A copy of the transmission report is attached to this Proof of Service pursuant to *California Rules of Court*, Rule 2.306 (g).

**D.** **BY PERSONAL SERVICE** - I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

| TYPE OF SERVICE | ADDRESSEE | FAX NO. |
| --- | --- | --- |
| A | Avantika Shastri<br>Van Der Hout, Brigagliano & Nightingale, LLP<br>180 Sutter Street, Fifth Floor<br>San Francisco, CA 94104 | |

X  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___  (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **NOVEMBER 15, 2007,** at Bakersfield, California.

_____/s/Yvonne Salazar_____
Yvonne Salazar, Declarant

#159038