1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Acting Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION

12
   MOHAMMED SHAMIM,              )   No. C 07-4308-SI
13                               )
        Petitioner,               )
14                               )   **DECLARATION OF YAKOV GRINBERG**
        v.                        )
15                               )
   MICHAEL CHERTOFF; ALBERTO      )
16 GONZALES; JULIE MEYERS; NANCY  )
   ALCANTAR; EARL BARNES,         )
17                               )
        Respondents.              )
18 _____

19      I, YAKOV GRINBERG, DECLARE AS FOLLOWS:

20      (1) I am a Supervisory Detention and Deportation Officer for Detention and Removals for
21 Immigration and Customs Enforcement (ICE) in San Francisco, California. In that capacity, I have
22 reviewed the petitioner's Administrative File and have direct knowledge of this case and attest as
23 follows.
24      (2) The petitioner, Mohammed Shamim (A37-046-017), is a native and citizen of Fiji.
25      (3) The petitioner ordered removed from the United States by an Immigration Judge on
26 October 19, 2006.
27      (4) The petitioner waived his right to file a notice of appeal with the Board of Immigration
28 Appeals (BIA)

GRINBERG DECLARATION
C-07-4309-SI                              1

1  (5) The petitioner subsequently filed two motions to reopen his removal proceeding, both of
2  which were denied by the BIA, and his appeals are currently pending before the United States
3  Court of Appeals for the Ninth Circuit. *See Shamim v. Gonzales*, Appeal No. 07-72351 and
4  *Shamim v. Gonzales*, Appeal No. 07-70895.

5  (6) On October 15, 2007, I was instructed by Acting Field Office Director Sylvia Arguello to
6  release the petitioner from detention on ICE's Intensive Supervision Appearance Program (ISAP)
7  as soon as practicable. The petitioner is being transferred to ICE's San Francisco Office from the
8  Kern County Jail. Upon his arrival in San Francisco, the petitioner will be placed on the ISAP
9  program and released from physical custody on or before November 21, 2007.

12  Dated: November 16, 2007

   _____
   YAKOV GRINBERG
   Supervisory Detention and Deportation Officer
   Detention and Removals
   United States Immigration and Customs Enforcement
   San Francisco, California

GRINBERG DECLARATION
C-07-4309-SI                        2