SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMED SHAMIM, | No. C 07-4308-SI |
| Petitioner, | |
| v. | **MOTION TO DISMISS AS MOOT** |
| MICHAEL CHERTOFF; ALBERTO GONZALES; JULIE MEYERS; NANCY ALCANTAR; EARL BARNES, | |
| Respondents. | |

**I. INTRODUCTION**

The petitioner is a native and citizen of Fiji who has been ordered removed from the United States. On August 21, 2007, he filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, alleging that his detention pending his removal is unlawful. The respondents respectfully ask this Court to dismiss the habeas petition as moot because the United States Immigration and Customs Enforcement has directed the petitioner's release from detention.

**II. DISCUSSION**

The petitioner was ordered removed by an Immigration Judge on October 19, 2006. Habeas Petition at Exhibit A. He waived his right to file a notice of appeal to the Board of Immigration Appeals (BIA). *Id*. He subsequently filed two motions to reopen his removal proceeding with the

MOTION TO DISMISS AS MOOT
C-07-4309-SI                                      1

1  BIA, both of which were denied. Habeas Petition ¶¶ 19-22. The petitioner then filed a petition for
2  review with the United States Court of Appeals for the Ninth Circuit from each BIA decision. *See*
3  *Shamim v. Gonzales*, Appeal No. 07-70895 and *Shamim v. Gonzales*, Appeal No. 07-72351. The
4  appeals have been consolidated and are currently pending at the Ninth Circuit. *See id.*
5     On August 21, 2007, the petitioner filed a petition for writ of habeas corpus under 28 U.S.C. §
6  2241, alleging that his detention by the United States Immigration and Customs Enforcement
7  (formerly, the Immigration and Naturalization Service) is unlawful. The habeas petition, however,
8  is now moot in light of the fact that ICE has directed the petitioner's release from detention on an
9  Intensive Supervision and Appearance Program. Declaration of Yakov Grinberg ¶ 6. The
10 petitioner is currently being transferred to ICE's San Francisco Office from the Kern County Jail.
11 *Id.* He will be released from detention on or before November 21, 2007. *Id.* Accordingly, the
12 respondents respectfully ask this Court to dismiss the habeas petition as moot.

### III. CONCLUSION

14    The respondents hereby ask this Court to dismiss the petition for writ of habeas corpus as
15 moot.

18 Date: November 16, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents