SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMED SHAMIM, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF; ALBERTO ) <br> GONZALES; JULIE MEYERS; NANCY ) <br> ALCANTAR; EARL BARNES, ) <br> ) <br> Respondents. ) | No. C 07-4308-SI <br><br> **DECLARATION OF YAKOV GRINBERG** |

I, YAKOV GRINBERG, DECLARE AS FOLLOWS:

(1) I am a Supervisory Detention and Deportation Officer for Detention and Removals for Immigration and Customs Enforcement (ICE) in San Francisco, California. In that capacity, I have reviewed the petitioner's Administrative File and have direct knowledge of this case and attest as follows.

(2) The petitioner, Mohammed Shamim (A37-046-017), is a native and citizen of Fiji.

(3) The petitioner ordered removed from the United States by an Immigration Judge on October 19, 2006.

(4) The petitioner waived his right to file a notice of appeal with the Board of Immigration Appeals (BIA)

GRINBERG DECLARATION
C-07-4309-SI                                    1

(5) The petitioner subsequently filed two motions to reopen his removal proceeding, both of which were denied by the BIA, and his appeals are currently pending before the United States Court of Appeals for the Ninth Circuit. *See Shamim v. Gonzales*, Appeal No. 07-72351 and *Shamim v. Gonzales*, Appeal No. 07-70895.

(6) On October 15, 2007, I was instructed by Acting Field Office Director Sylvia Arguello to release the petitioner from detention on ICE's Intensive Supervision Appearance Program (ISAP) as soon as practicable. The petitioner is being transferred to ICE's San Francisco Office from the Kern County Jail. Upon his arrival in San Francisco, the petitioner will be placed on the ISAP program and released from physical custody on or before November 21, 2007.

Dated: November 16, 2007

_____
YAKOV GRINBERG
Supervisory Detention and Deportation Officer
Detention and Removals
United States Immigration and Customs Enforcement
San Francisco, California

GRINBERG DECLARATION
C-07-4309-SI                                   2