Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar #80788)
Avantika Shastri (California Bar #233453)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner
Mohammed SHAMIM

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| Mohammed SHAMIM<br><br>    Petitioner,<br><br>    v.<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; Alberto GONZALES, in his Official Capacity, Attorney General, Department of Justice; Julie MYERS, in her official capacity, Assistant Secretary, Immigration and Customs Enforcement, Department of Homeland Security**;**  Nancy ALCANTAR, in her official Capacity, Field Office Director, San Francisco, California, U.S. Bureau of Immigration and Customs Enforcement; and Earl BARNES, in his Official Capacity, Facility Manager, Lerdo Pre-Trial Facility.<br><br>    Respondents. | Case No. 3:07-cv-4308 IS<br><br>**PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS AS MOOT** |

1 | Petitioner hereby opposes Respondents' Motion to Dismiss as Moot. Petitioner was not released under the Intensive Supervision and Appearance Program as scheduled on November 21, 2007. See Attached Declaration of Avantika Shastri. He was transferred to the custody of the San Mateo County Police Department, and there is a detainer in place from Immigration and Customs Enforcement ("ICE"). Id. Thus, Petitioner requests that this Court deny Respondents' motion, grant Petitioner's Petition for Writ of Habeas Corpus, and order Respondents to (1) release Petitioner from ICE custody on the day that he is returned to immigration custody, and (2) not re-arrest Petitioner absent a final determination regarding his immigration case currently pending on appeal.

Dated: November 26, 2007

Respectfully submitted,

__/s/__ Zachary Nightingale_____
Zachary Nightingale
Avantika Shastri
Marc Van Der Hout
Attorneys for Petitioner