Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar #80788)
Avantika Shastri (California Bar #233453)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner
Mohammed SHAMIM

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| Mohammed SHAMIM,<br><br>    Petitioner,<br><br>    v.<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; Alberto GONZALES, in his Official Capacity, Attorney General, Department of Justice; Julie MYERS, in her official capacity, Assistant Secretary, Immigration and Customs Enforcement, Department of Homeland Security; Nancy ALCANTAR, in her official Capacity, Field Office Director, San Francisco, California, U.S. Bureau of Immigration and Customs Enforcement; and Earl BARNES, in his Official Capacity, Facility Manager, Lerdo Pre-Trial Facility.<br><br>    Respondents. | Case No. 3:07-cv-4308 IS<br><br>**DECLARATION OF AVANTIKA SHASTRI IN SUPPORT OF PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS AS MOOT** |

I, Avantika Shastri, hereby do declare the following:

1. I am an associate attorney at the law firm of Van Der Hout, Brigagliano and Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104. Van Der Hout, Brigagliano & Nightingale, LLP represents Petitioner Mohammed Shamim in his immigration matters. I make this declaration in support of Petitioner's Opposition to Respondents' Motion to Dismiss as Moot.

2. On November 21, 2007, I received a call from United States Immigration and Customs Enforcement (U.S. ICE) Officer Arce, informing me that Mr. Shamim would not be released on the Intensive Supervision Appearance Program that day. Officer Arce instead informed me that Mr. Shamim had been transferred to the custody of the San Mateo County Police Department because Mr. Shamim had an outstanding bench warrant before the Superior Court of California, San Mateo County. Officer Arce also informed me that Mr. Shamim would be transferred back into the custody of U.S. ICE as soon as he was released from the custody of the San Mateo Police Department. I understand that Mr. Shamim is currently in the custody of San Mateo County and there is a detainer on Mr. Shamim placed by ICE.

3. From speaking to Mr. Shamim's criminal defense counsel, Mr. Alex Reisman and Ms. Kate Chatfield, my understanding is that the bench warrant is related to Mr. Shamim's failure to comply with the probation conditions associated with his most recent conviction. Mr. Shamim was unable to comply with those conditions because he has been in the custody of U.S. ICE since October 2006. Mr. Shamim has a hearing scheduled before the Superior Court on November 27, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of November, 2007 in San Francisco, California.

                                         /s/ Avantika Shastri

                                         Avantika Shastri
                                         Declarant