Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar #80788)
Avantika Shastri (California Bar #233453)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner
Mohammed SHAMIM

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| Mohammed SHAMIM<br><br>    Petitioner,<br><br>    v.<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; Alberto GONZALES, in his Official Capacity, Attorney General, Department of Justice; Julie MYERS, in her official capacity, Assistant Secretary, Immigration and Customs Enforcement, Department of Homeland Security**;** Nancy ALCANTAR, in her official Capacity, Field Office Director, San Francisco, California, U.S. Bureau of Immigration and Customs Enforcement; and Earl BARNES, in his Official Capacity, Facility Manager, Lerdo Pre-Trial Facility.<br><br>    Respondents. | Case No. 3:07-cv-4308 IS<br><br>**[PROPOSED] ORDER** |

1   IT IS HEREBY ORDERED that Respondents' Motion to Dismiss as Moot is denied, that
2   Petitioner's Petition for Writ of Habeas Corpus is granted, and that that Respondents are
3   ordered to (1) release Petitioner on the day that he is returned to the custody of the
4   Department of Homeland Security, and (2) not re-arrest Petitioner unless there has been a
5   final determination on his immigration case currently pending on appeal at the Ninth Circuit
6   Court of Appeals.

Dated:                                          _____
                                                U.S. District Court Judge
                                                SUSAN ILLSTON