SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMED SHAMIM, ) | No. C 07-4308-SI |
|    Petitioner, ) | |
| v. ) | **STATUS REPORT** |
| MICHAEL CHERTOFF; ALBERTO ) GONZALES; JULIE MEYERS; NANCY ) ALCANTAR; EARL BARNES, ) | |
|    Respondents. ) | |

    On November 17, 2007, the respondents filed a motion to dismiss the action as moot, on the ground that the Acting Field Office Director for the United States Immigration and Customs Enforcement (ICE) in San Francisco had directed the petitioner's release from detention on an Intensive Supervision and Appearance Program. The respondents hereby file this status report to inform the Court that the petitioner has in fact been released from ICE custody on the Intensive Supervision and Appearance Program. Supplemental Declaration of Yakov Grinberg ¶ 9.[1]

---

[1] Although ICE intended to release the petitioner on or before November 21, 2007, the San Mateo Police Department took the petitioner into custody due to an outstanding bench warrant. The petitioner was returned to ICE custody on November 28, 2007, and has been released from ICE custody. Supplemental Declaration of Yakov Grinberg ¶ 9.

STATUS REPORT
C-07-4309-SI                    1

| | | |
|---|---|---|
| 1 | Date:  November 29, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Respondents |

STATUS REPORT
C-07-4309-SI                                         2