1   Zachary Nightingale (California Bar #184501)
    Marc Van Der Hout (California Bar #80788)
2   Avantika Shastri (California Bar #233453)
    Van Der Hout, Brigagliano & Nightingale, LLP
3   180 Sutter Street, Fifth Floor
    San Francisco, California 94104
4   Telephone:  (415) 981-3000
    Facsimile:  (415) 981-3003
5   Email: ndca@vblaw.com

6   Attorneys for Petitioner
    Mohammed SHAMIM
7

8
                UNITED STATES DISTRICT COURT FOR THE
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO
11

12  Mohammed SHAMIM                              Case No. 3:07-cv-4308 SI

13        Petitioner,

14        v.                                     **PETITIONER'S CONTINUED
                                                 OPPOSITION TO
15  Michael CHERTOFF, in his Official Capacity,  RESPONDENTS' MOTION TO
    Secretary, Department of Homeland Security; Alberto   DISMISS AS MOOT**
16  GONZALES, in his Official Capacity, Attorney
    General, Department of Justice; Julie MYERS, in her
17  official capacity, Assistant Secretary, Immigration
    and Customs Enforcement, Department of Homeland
18  Security;  Nancy ALCANTAR, in her official
    Capacity, Field Office Director, San Francisco,
19  California, U.S. Bureau of Immigration and Customs
    Enforcement; and Earl BARNES, in his Official
20  Capacity, Facility Manager, Lerdo Pre-Trial Facility.

21        Respondents.

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Petitioner hereby renews his opposition to Respondents' Motion to Dismiss as Moot. Although Petitioner was released from Respondent's custody on November 28, 2007, more than 13 months after being taken into custody, Petitioner's petition for writ of habeas corpus is not moot. Given that Respondent could potentially take Petitioner again into indefinite custody for any reason, including, potentially, an alleged violation, however slight, of the terms of his Intensive Supervision Appearance Program ("ISAP"), Petitioner still seeks a declaration from this Court regarding his right to be free from indefinite custody pursuant to Zadvydas v. Davis, 533 U.S. 678, 701 (2001). See also Clark v. Martinez, 543 U.S. 371, 377(2005); Nadarajah v. Gonzales, 443 F.3d 1069, 1079 (9th Cir. 2006); Tijani v. Willis, 430 F.3d 1241, 242 (9th Cir. 2005). Thus, Petitioner renews his request that this Court grant Petitioner's Petition for Writ of Habeas Corpus, and order that Respondent may not re-arrest, or otherwise detain Petitioner in custody, absent a final determination regarding his immigration case currently pending on appeal.

Dated: December 17, 2007                    Respectfully submitted,

                                            __/s/__Zachary Nightingale_____
                                            Zachary Nightingale
                                            Marc Van Der Hout
                                            Avantika Shastri
                                            Attorneys for Petitioner