1  Zachary Nightingale (California Bar #184501)
   Marc Van Der Hout (California Bar #80788)
2  Avantika Shastri (California Bar #233453)
   Van Der Hout, Brigagliano & Nightingale, LLP
3  180 Sutter Street, Fifth Floor
   San Francisco, California 94104
4  Telephone: (415) 981-3000
   Facsimile: (415) 981-3003
5  Email: ndca@vblaw.com

6  Attorneys for Petitioner
   Mohammed SHAMIM
7

8
                UNITED STATES DISTRICT COURT FOR THE
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO
11

12 | Mohammed SHAMIM                                    | Case No. 3:07-cv-4308 SI

13 |         Petitioner,
                                                        | **[PROPOSED] ORDER**
14 |         v.

15 | Michael CHERTOFF, in his Official Capacity,
   | Secretary, Department of Homeland Security; Alberto
16 | GONZALES, in his Official Capacity, Attorney
   | General, Department of Justice; Julie MYERS, in her
17 | official capacity, Assistant Secretary, Immigration
   | and Customs Enforcement, Department of Homeland
18 | Security; Nancy ALCANTAR, in her official
   | Capacity, Field Office Director, San Francisco,
19 | California, U.S. Bureau of Immigration and Customs
   | Enforcement; and Earl BARNES, in his Official
20 | Capacity, Facility Manager, Lerdo Pre-Trial Facility.

21 |         Respondents.

1  IT IS HEREBY ORDERED that Respondents' Motion to Dismiss as Moot is denied, that
2  Petitioner's Petition for Writ of Habeas Corpus is granted, and that that Respondents are
3  ordered to not re-arrest Petitioner unless there has been a final determination on his
4  immigration case currently pending on appeal at the Ninth Circuit Court of Appeals.

Dated:  _____
U.S. District Court Judge
SUSAN ILLSTON