IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED SHAMIM,

    Petitioner,

v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,

    Respondents.

                                    /

No. C 07-4308 SI

**JUDGMENT**

    Petitioner's habeas petition is denied as moot, since petitioner is now released from detention on the Intensive Supervised Appearance Program. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 22, 2008

SUSAN ILLSTON
United States District Judge